UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY R. RIEHART,<br><br>Defendant. | No. 2:16-CR-0169-SAB-1<br><br>ORDER GRANTING MOTION TO MODIFY |

**BEFORE THE COURT** is the Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 39. Defendant seeks to modify her conditions of pretrial release, ECF No. 34, following her successful completion of inpatient treatment. ECF No. 39.

Neither the United States Attorney nor the U.S. Probation Office object to Defendant's request.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 39,** is **GRANTED.**

Defendant's conditions of pretrial release are **modified** as follows:

Defendant shall be released from the custody of the U.S. Marshal following the successful completion of inpatient treatment.

**(28) Curfew:** Defendant shall be restricted to her residence located at **421 W. 4th St., Omak, Washington 98841**, from **8:00 p.m. to 6:00 a.m., seven days a week,** except for: attorney visits; court appearances; case-related matters or

ORDER - 1

court-ordered obligations, upon notice to her Pretrial Services officer, or other activities specifically approved in advance by the Pretrial Services Office, including but not limited to employment, religious services, or medical appointments.

**IT IS SO ORDERED.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED May 18, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2